981 F.2d 489w
 1993-1 Trade Cases P 70,138
 A.L. WILLIAMS & ASSOCIATES; Massachusetts Indemnity and
Life Insurance Company, Plaintiffs-Appellees,
Counter-Defendants,
v.
Randy STELK; Timothy Hunter; Willard H. Colson, Jr., d/b/a
Mid-American Investors, Defendants-Appellants,
Counter-Claimants,
Investors Life Insurance Company of Nebraska, Defendant,
Amerishare Investors, Inc., Defendant-Appellant.
A.L. WILLIAMS & ASSOCIATES, INC., Massachusetts Indemnity
and Life Insurance Company, Plaintiffs-Counter
Defendants-Appellees,
v.
Randy STELK, Timothy Hunter, Defendants-Counter Claimant-Appellants,
Willard H. Colson, Jr., d/b/a Mid-American Investors,
Defendant-Counter Claimant-Appellant,
Investors Life Insurance Company of Nebraska,
Defendant-Counter Defendant,
Amerishare Investors, Inc., Defendant-Counter Defendant-Appellant.
 Nos. 89-8765, 90-8855.
 United States Court of Appeals,
Eleventh Circuit.
 Jan. 14, 1993.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION